IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DERROL DEE KIRBY, III                                                                                       PLAINTIFF

            v.                                       Civil No. 06-2168

JOHN ROTH, Ex-Chief of Police,
Barling, Arkansas, Police Department;
LARRY MERCHANT, next in charge under
Police Chief, Barling Police Department;
CITY OF BARLING; KEVIN DOUGAN,
Patrolman, Barling Police Department; and
JOHN BARBOR, Patrolman, Barling
Police Department                                                                                           DEFENDANTS

## AMENDED JUDGMENT

In accordance with the rulings of this Court and the remand by the Court of Appeals for the Eighth Circuit, the Plaintiff is hereby awarded judgment against the Defendants John Roth, Larry Merrill, Kevin Dougan, and John Barbor in the following amounts: $167.42 for medical bills; and $100 for pain and suffering.

With respect to the City of Barling, the City was directed to file revised policies regarding the use of tasers and the use of force continuum.  The revised policies were provided to the Court on October 13, 2011 (Doc. 101)

Finally, pursuant to 42 U.S.C. § 1988, Plaintiff is awarded $4005 in attorney's fees and costs.  Defendants are jointly and severally liable for payment of these sums.

IT IS SO ORDERED this 24th day of April 2012.

         /s/ *J. Marschewski*
   HON. JAMES R. MARSCHEWSKI
   CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)